William L. Voss, appellant, v. Gust G. Boysen, also known as Gust G. Boozas et al., appellees. Gen. No. 33,558.

Opinion filed January 2, 1930.
O. I. Lewis and John A. Verhoeven, for appellant; John A. Verhoeven, of counsel. Kern, Stiefel & Stiefel, for appellees; Jacob J. Kern and Charles W. Stiefel, Jr., of counsel.
Mr. Presiding Justice Wilson delivered the opinion of the court.